FILED 2017 JUN 22 PM 2:20
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARY CAPRINO TEDESCHI,

    Plaintiff,

v.

Case No.: 6:17-cv-1157○A-31KRS

DEWEY'S SPORTS, INC., a
Florida corporation, and
DUANE TOMKO, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

TO:    The Judges of the United States District Court for the Middle District of Florida

Defendants, DEWEY'S SPORTS, INC. ("Dewey's"), a Florida corporation, and DUANE TOMKO ("Tomko"), individually, (Dewey's and Tomko collectively referred to as the "Defendants"), by and through their undersigned counsel, hereby file their notice of removal of the above captioned case, brought by Plaintiff, MARY CAPRINO TEDESCHI (the "Plaintiff"), from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, in which court this action is now pending, to the District Court of the United States, Middle District of Florida, Orlando Division, and state:

    1.    An action was commenced against the Defendants in the Circuit Court for Orange County, Florida, entitled <u>Mary Caprino Tedeschi vs. Dewey's Sports, Inc., a Florida corporation, and Duane Tomko, individually</u>, Case No. 2017-CA-4532. Dewey's was served with a copy of the Summons and Complaint on May 25, 2017 as reflected in the Summons attached hereto as a part of **Composite Exhibit "A."** Tomko was served with a copy of the Summons and

Complaint on June 3, 2017 as reflected in the Summons attached hereto as a part of **Composite Exhibit "A."**

2. All pleadings and papers that have been filed and served in the aforementioned action are attached to this Notice, in compliance with 28 U.S.C. 1446(b), as **Composite Exhibit "A."**

3. This Notice of Removal is timely filed within the time period prescribed by 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days after receipt by Dewey's and Tomko of the initial pleading setting forth the claims for relief upon which this action is based. No further proceedings have been held herein nor have any other pleadings or papers been filed other than those attached hereto as **Composite Exhibit "A."**

4. This Court has exclusive jurisdiction over these proceedings based on federal questions arising under alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. Plaintiff alleges that one of the bases for this action is the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA"). In particular, Plaintiff alleges that she is seeking recovery of unpaid overtime compensation and unpaid minimum wages based on Defendants' alleged violations of the FLSA, and is seeking damages pursuant to the FLSA and its regulations. These allegations make this action removable on the face of the Complaint.

5. Thus, this Court has original jurisdiction under 28 U.S.C. §1331, and the matter may be removed to this Court by the Defendants pursuant to 28 U.S.C. §1441, in that the Complaint is a civil action of which the district courts have original jurisdiction founded on a claim or right arising under the laws of the United States.

6. Accordingly, this action is properly removed to the appropriate United States District Court, and, as a result, the entire action is removable pursuant to 28 U.S.C. §1441(a) and (b).

7. This action may be removed to this Court by the Defendants in accordance with the provisions of 28 U.S.C. § 1441(a), which permits the removal of a case by a defendant to the district court of the United States for the district and division embracing the place where the action is pending. This action was brought in the Circuit Court for Orange County, Florida, and is being removed to the District Court of the United States, Middle District of Florida, Orlando Division, being the district and division in which the action is pending.

8. The Defendants have given written notice of the filing of this Notice to the Plaintiff and a copy of this Notice has been filed with the Clerk of the Circuit Court for Orange County, Florida.

WHEREFORE, Defendants, DEWEY'S SPORTS, INC. and DUANE TOMKO, request that the above captioned matter, now pending against it in the Circuit Court of Orange County, State of Florida, Civil Action Case No. 2017-CA-4532, be removed therefrom to this Court.

Respectfully submitted,

_____
Paul J. Scheck, Esquire
Florida Bar No. 028487
Primary: pscheck@shutts.com
Secondary: mljohnson@shutts.com
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1000
Orlando, Florida 32801-5403
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Removal was filed with the United States District Court, Middle District, via their CM/ECF system and was served via electronic mail and U.S. Mail, postage prepaid, this 22nd day of June, 2017, to:

C. Ryan Morgan, Esq.
Morgan & Morgan, P.A.
20 N. Orange Avenue, 14th Floor
Orlando, FL 32802-4979
RMorgan@forthepeople.com

_____
Paul J. Scheck, Esquire

ORLDOCS 15450792 1