# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARY CAPRINO TEDESCHI,**

       **Plaintiff,**

**v.**                                                                                           **Case No:   6:17-cv-1157-Orl-31KRS**

**DEWEY'S SPORTS, INC. and DUANE TOMKO,**

       **Defendants.**

## ORDER

This is an FLSA case.  *See generally* 29 U.S.C. §§ 201 to 209.   On May 3, 2018, the parties filed a joint motion to approve their settlement agreement (Doc. No. 20).   Since the proposed settlement involves a compromise of Plaintiff's claim, it is incumbent on the Court to review the reasonableness of the proposed settlement.   *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).

Having reviewed same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel.  *Id.*   The Court further finds that the agreed-upon fee and costs to be paid to Plaintiff's counsel was determined independently, did not affect the payment to Plaintiff, and otherwise appears to be reasonable.  *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).   It is, therefore

**ORDERED** that said Motion is **GRANTED**. The settlement is **APPROVED** and this case is **DISMISSED** with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 4, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party